| | |
|---|---|
| 1 | DANIEL S. ROBERTS, Bar No. 205535 |
| | droberts@cotalawfirm.com |
| 2 | SEAN D. DE BURGH, Bar No. 264713 |
| | sdeburgh@cotalawfirm.com |
| 3 | COTA COLE LLP |
| | 3401 Centrelake Dr., Ste. 670 |
| 4 | Ontario, California  91761 |
| | Telephone:   (909) 230-4209 |
| 5 | Facsimile:    (909) 937-2034 |
| 6 | Attorneys for Defendant |
| | ACADEMY MORTGAGE |
| 7 | CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA MADRID-CORTEZ, an individual, | Case No. 2:14-CV-08100-RSWL-JCx |
| Plaintiff(s), | **STIPULATION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE** |
| v. | [Fed. R. Civ. P. 41(a)(1)(A)(ii).] |
| ACADEMY MORTGAGE CORPORATION, a Utah Corporation, and DOES 1 to 50, inclusive, | |
| Defendants. | |

{DSR/00035025. }

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the complete dismissal of the above-captioned action, with prejudice. Each side is to bear its own fees and costs incurred in this matter.

SO STIPULATED.

Dated: December 31, 2014

DAGLIAN LAW GROUP, APLC

By: _____
Gary K. Daglian
Attorneys for Plaintiff
SONIA MADRID-CORTEZ

Dated: January 5, 2015

COTA COLE LLP

By: _____
Daniel S. Roberts
Sean D. De Burgh
Attorneys for Defendant
ACADEMY MORTGAGE CORPORATION

{DSR/00035025.}